# United States District Court
## For The Western District of North Carolina
## Statesville Division

UNITED STATES OF AMERICA,

        DEFAULT JUDGMENT

        Plaintiff(s),

vs.

        5:10CV106

$5,990.00 IN UNITED STATES
 CURRENCY, et al,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

        Signed: May 22, 2012

Frank G. Johns, Clerk
United States District Court