# United States District Court
# For The Western District of North Carolina
# Statesville Division

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

$5,990.00 IN UNITED STATES CURRENCY, et al,

    Defendant(s).

DEFAULT JUDGMENT

5:10CV106

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

Signed: May 22, 2012

Frank G. Johns, Clerk
United States District Court